WITNESS IN VIOLATION OF THE MILITARY RULES OF EVIDENCE AND CASE LAW ON BOLSTERING, EXPERT QUALIFICATIONS, RELEVANCE, AND THE APPROPRIATE CONTENT AND SCOPE OF EXPERT TESTIMONY.

Briefs will be filed under Rule 25.

No. 14–0126/AF. U.S. v. Chad R. McClelland–Hall. CCA 38258. In each of the above cases, Appellee's motion to dismiss the petition for grant of review without prejudice and motion to treat Appellant's motion to vacate before the Air Force Court of Criminal Appeals as a motion for reconsideration are granted.